1020

[No. 32811-2-III. Division Three. July 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON D. FLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-04333-6, Maryann C. Moreno, J., entered October 6, 2014. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[No. 32956-9-III. Division Three. July 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. R.C., *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 14-8-00614-5, Susan L. Hahn, J., entered December 1, 2014. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 33417-1-III. Division Three. July 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSUE CRUZ MEDINA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 14-1-00353-1, Richard H. Bartheld, J., entered May 26, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.

[No. 33422-8-III. Division Three. July 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY A. JOSEPH, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 14-1-00262-8, Scott R. Sparks, J., entered May 11, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.